UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAREN NAYLOR, Trustee of the Randall J. Jenks
and Lynis T. Jenks Bankruptcy Estate, United
States Bankruptcy Court, Central District of
California, case No. 04-16958,

                 Plaintiff,                Civil No. 08-1255-ST

     v.                        O R D E R

PATRICIA HEATHERMAN, an Oregon resident,

               Defendant.

_____

HAGGERTY, Chief Judge:

     Magistrate Judge Stewart issued a Findings and Recommendation [16] in this action that

recommended that the Motion to Remand [6] pending in this action should be GRANTED, and

the pending Motion for Intra-District Transfer [3] should be DENIED as moot.

1  - ORDER

No objections were filed to this Findings and Recommendation, and the case was referred to me.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Findings and Recommendation in the manner described below.

## CONCLUSION

The Magistrate Judge's Findings and Recommendation [16] is ADOPTED AS FOLLOWS: Plaintiff's Motion to Remand [6] is GRANTED and defendant's  Motion for Intra-District Transfer [3] is DENIED as moot.

IT IS SO ORDERED.

Dated this   12   day of January, 2009.


        /s/ Ancer L. Haggerty
        Ancer L. Haggerty
        United States District Judge